IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No. 10-cv-01883-CMA- BNB                Date: March 9, 2011
Courtroom Deputy: Geneva D. Mattei                   FTR BNB COURTROOM A-401

GARY LARRIEU,                                         Deborah Taussig

          Plaintiff(s),

v.

BEST BUY STORES, L.P.,                                Joseph VanLandingham

          Defendant(s).

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:    3:05 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Plaintiff's motion to compel discovery [Doc. #25; filed 2/18/11] is granted in part and denied in part for reasons stated on the record.**

Court in Recess:    3:38 p.m.    Hearing concluded.    Total time in Court: 00:33

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.