IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01883-CMA-BNB

GARRY LARRIEU,

Plaintiff,

v.

BEST BUY STORES, L.P.,

Defendant.
_____

# ORDER
_____

This matter arises on **Plaintiff's Motion to Compel Discovery** [Doc. # 25, filed 2/18/2011] (the "Motion to Compel"). I held a hearing on the Motion to Compel this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Compel is GRANTED IN PART and DENIED IN PART as follows:

• GRANTED to compel full and complete answers to Interrogatories No. 2, 3, 4, and 5, without any objections, all objections having been overruled;

• GRANTED to compel the production of all documents responsive to Requests for Production No. 2, 3, 4, 5, 8, and 12, all objections having been overruled;

• DENIED with respect to Request for Production No. 14, the defendant having represented that no responsive documents exist;

(2) The defendant shall make a supplemental discovery response, in full conformity with all requirements of the Federal Rules of Civil Procedure, and produce all responsive documents

consistent with this order on or before **March 16, 2011**; and

(3) The plaintiff's request for an award of attorneys fees and costs incurred in bringing the Motion to Compel is GRANTED. To effectuate the award of attorneys fees and costs, plaintiff's counsel shall serve on defendant's counsel, on or before **March 16, 2011**, his Application for Attorneys Fees and Costs, which shall be supported by an affidavit of the amount of attorneys fees and costs claimed and by contemporaneous time records evidencing the attorneys fees and costs sought. The parties shall confer and, if they can agree, the defendant or its counsel shall pay the amount agreed to on or before **March 24, 2011, at 3:30 p.m. Mountain Time**. If no agreement can be reached, or if payment is not received, the plaintiff shall file his Application for Attorneys Fees and Costs no later than **March 25, 2011**. The failure to file the Application for Attorneys Fees and Costs shall result in the plaintiff's forfeiture of his right to seek those attorneys fees and costs.

Dated March 9, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge