**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01883-CMA-BNB

GARY LARRIEU,

    Plaintiff,

v.

BEST BUY STORES, L.P.,

    Defendant.
_____

**ORDER REGARDING MOTIONS FOR PARTIAL SUMMARY JUDGMENT
AND MOTION TO STRIKE**
_____

    For the reasons set forth in *Larrieu v. Best Buy Stores, L.P.*, 2013 CO 38, 303 P.3d 558, it is

    ORDERED that this Court's Order Granting Defendant Best Buy's Motion for Summary Judgment (Doc. # 49) is VACATED.  It is

    FURTHER ORDERED that Defendant Best Buy's Motion for Summary Judgment (Doc. # 35) is DENIED.  It is

    FURTHER ORDERED that Plaintiff Gary Larrieu's Motion for Partial Summary Judgment and Motion to Strike Defendant's Designation of Non-Party at Fault (Doc. # 36) and Amended Motion for Partial Summary Judgment and Motion to Strike Defendant's Designation of Non-Party at Fault (Doc. # 37) are REINSTATED for this Court's consideration.  It is

FURTHER ORDERED that lead counsel for the parties shall call Chambers (303-335-2174) via conference call **no later than August 13, 2013**, in order to set a trial date in this matter.

DATED: August   06  , 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge