**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01883-CMA-BNB

GARY LARRIEU,

      Plaintiff,

v.

BEST BUY STORES, L.P.,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with the Stipulated Motion to Dismiss With Prejudice (Doc. # 67), signed by the attorneys for the parties hereto, it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to assume and pay his or its own attorney fees and costs.  It is

FURTHER ORDERED that the Final Trial Preparation Conference and Jury Selection set for February 3, 2014, and the five-day Jury Trial set to commence February 10, 2014, are VACATED.

DATED:  January   28  , 2014

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge